UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| JOSEPH H. PINCKNEY, an individual ) | |
| Plaintiff ) | |
| v. ) | CASE NO.: 2012-1527 |
| ALLIED INTERSTATE, INC. ) | |
| and ) | |
| ALLIED INTERSTATE, LLC ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice, as to all Defendants. Each party will be responsible for payment of their own costs, expenses and attorney fees.

THE LAW OFFICE OF
MICHAEL P. FORBES, P.C.

Michael P. Forbes, Esquire
Atty ID: 55767
200 Eagle Road, Suite 220
Wayne, PA 19087
610-293-9399
Attorney for Plaintiff

Date: 9/20/12

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

Andrew M. Schwartz, Esquire
Atty ID: 79426
2000 Market St., Suite 2300
Philadelphia, PA 19103
215-575-2765
Attorney for Defendants

J.